USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
MIGUEL SUAREZ-MARTINEZ,

                      Petitioner,

          -against-

UNITED STATES OF AMERICA,

                      Respondent.
------------------------------------------------------------- X

18-CV-897 (VEC)
15-CR-165

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the Government contacted chambers to request an adjournment of the conference scheduled for November 13, 2019, at 2:00 p.m.

IT IS HEREBY ORDERED that the conference is ADJOURNED to **November 21, 2019, at 3:00 p.m.**

**SO ORDERED.**

Date: November 13, 2019
New York, NY

                                    **VALERIE CAPRONI**
                                    **United States District Judge**